ADRMOP, CLOSED, E-Filing, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:07-cv-01809-MMC

Ingles v. Menu Foods, Inc et al
Assigned to: Hon. Maxine M. Chesney
Cause: 28:1332 Diversity-Property Damage

Date Filed: 03/30/2007
Date Terminated: 07/25/2007
Jury Demand: Plaintiff
Nature of Suit: 385 Prop. Damage Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Sherry Ingles**
*Individually and on Behalf of All Others Similarly Situated*

represented by **Shawn A. Williams**
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street Suite 2600
San Francisco, CA 94111
415-288-4545
Fax: 415-288-4534
Email: shawnw@lerachlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James L. Davidson**
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Park Road, Suite 500

Boca Raton, FL 33432
561 750-3000
Fax: 561 750-3364
Email: jdavidson@lerachlaw.com
*ATTORNEY TO BE NOTICED*

**Paul J. Geller**
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Park Road, Suite 500

Boca Raton, FL 33432
561-750-3000
Fax: 561-750-3364
Email: pgeller@lerachlaw.com
*ATTORNEY TO BE NOTICED*

**Stuart A. Davidson**
Lerach Coughlin Stoia Geller Rudman

Dockets.Justia.com

& Robbins LLP
120 East Palmetto Park Road, Suite 500

Boca Raton, FL 33432
561 750-3000
Fax: 561 750-3364
Email: sdavidson@lerachlaw.com
*ATTORNEY TO BE NOTICED*

**V.**

**Defendant**

**Menu Foods, Inc**                      represented by **Carrie Ann Lubinski**
Gordon & Rees LLP
275 Battery Street
Suite 2000
San Francisco, CA 94111
415-986-5900
Fax: 415-986-8054
Email: clubinski@gordonrees.com
*ATTORNEY TO BE NOTICED*

**Mordecai D. Boone**
Gordon & Rees LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900
Fax: 415-986-8054
Email: mboone@gordonrees.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Menu Foods Income Fund**               represented by **Carrie Ann Lubinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mordecai D. Boone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Menu Foods Midwest Corporation**       represented by **Carrie Ann Lubinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mordecai D. Boone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Menu Foods South Dakota Inc**  represented by **Carrie Ann Lubinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mordecai D. Boone**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/30/2007 | 1 | CLASS ACTION COMPLAINT against Menu Foods South Dakota Inc, Menu Foods, Inc, Menu Foods Income Fund, Menu Foods Midwest Corporation ( Filing fee $ 350.00,receipt number 34611004682.). Filed bySherry Ingles. (aaa, Court Staff) (Filed on 3/30/2007) Additional attachment(s) added on 4/3/2007 (aaa, Court Staff). (Entered: 03/30/2007) |
| 03/30/2007 |  | Summons Issued as to Menu Foods South Dakota Inc, Menu Foods, Inc, Menu Foods Income Fund, Menu Foods Midwest Corporation. (aaa, Court Staff) (Filed on 3/30/2007) (Entered: 03/30/2007) |
| 03/30/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 6/29/2007. Case Management Conference set for 7/6/2007 10:30 AM. Signed by Judge Maxine M. Chesney on 3/30/07. (Attachments: # 1 MMC Standing Order# 2 Standing Order)(aaa, Court Staff) (Filed on 3/30/2007) (Entered: 03/30/2007) |
| 03/30/2007 |  | CASE DESIGNATED for Electronic Filing. (aaa, Court Staff) (Filed on 3/30/2007) (Entered: 03/30/2007) |
| 04/20/2007 | 3 | SUMMONS Returned Executed by Sherry Ingles. Menu Foods South Dakota Inc served on 4/4/2007, answer due 4/24/2007; Menu Foods, Inc served on 4/4/2007, answer due 4/24/2007; Menu Foods Income Fund served on 4/3/2007, answer due 4/23/2007; Menu Foods Midwest Corporation served on 4/4/2007, answer due 4/24/2007. (Williams, Shawn) (Filed on 4/20/2007) (Entered: 04/20/2007) |
| 04/24/2007 | 4 | STIPULATION *FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF?S COMPLAINT* by Menu Foods South Dakota Inc, Sherry Ingles, Menu Foods, Inc, Menu Foods Income Fund, Menu Foods Midwest Corporation. (Boone, Mordecai) (Filed on 4/24/2007) (Entered: 04/24/2007) |
| 04/26/2007 | 5 | STIPULATION AND ORDER extending to May 24, 2007 defendants' deadline to respond to complaint. Signed by Judge Maxine M. Chesney on 4/26/2007. (mmclc2, COURT STAFF) (Filed on 4/26/2007) (Entered: 04/26/2007) |
| 05/09/2007 | 6 | NOTICE by Menu Foods South Dakota Inc, Menu Foods, Inc, Menu Foods Income Fund, Menu Foods Midwest Corporation *of Petition to and Hearing Before the Judicial Panel on Multidistrict Litigation* (Lubinski, Carrie) (Filed on 5/9/2007) (Entered: 05/09/2007) |

| | | |
|---|---|---|
| 05/15/2007 | 7 | STIPULATION *and [Proposed] Order Staying All Proceedings and for Preservation of Evidence* by Menu Foods South Dakota Inc, Menu Foods, Inc, Menu Foods Income Fund, Menu Foods Midwest Corporation. (Lubinski, Carrie) (Filed on 5/15/2007) (Entered: 05/15/2007) |
| 05/15/2007 | 9 | MOTION for leave for admission of Attorney Edward B. Ruff, III to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611006380.) filed by Menu Foods South Dakota Inc, Menu Foods, Inc, Menu Foods Income Fund, Menu Foods Midwest Corporation. (aaa, Court Staff) (Filed on 5/15/2007) (Entered: 05/16/2007) |
| 05/15/2007 | 10 | MOTION for leave for admission of Attorney Michael P. Turiello to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611006380.) filed by Menu Foods South Dakota Inc, Menu Foods, Inc, Menu Foods Income Fund, Menu Foods Midwest Corporation. (aaa, Court Staff) (Filed on 5/15/2007) (Entered: 05/16/2007) |
| 05/15/2007 | 11 | MOTION for leave for admission of Attorney Priya K. Jesani appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611006380.) filed by Menu Foods South Dakota Inc, Menu Foods, Inc, Menu Foods Income Fund, Menu Foods Midwest Corporation. (aaa, Court Staff) (Filed on 5/15/2007) (Entered: 05/16/2007) |
| 05/16/2007 | 8 | STIPULATION AND ORDER staying all proceedings pending decision by MDL Panel on motions to transfer, and for preservation of evidence. Signed by Judge Maxine M. Chesney on 5/16/2007. (mmclc2, COURT STAFF) (Filed on 5/16/2007) (Entered: 05/16/2007) |
| 05/18/2007 | 12 | ORDER by Judge Maxine M. Chesney granting [11] Motion for Pro Hac Vice of attorney Priya K. Jesani. (tl, COURT STAFF) (Filed on 5/18/2007) (Entered: 05/18/2007) |
| 05/18/2007 | 13 | ORDER by Judge Maxine M. Chesney granting [9] Motion for Pro Hac Vice of attorney Edward B. Ruff, III. (tl, COURT STAFF) (Filed on 5/18/2007) (Entered: 05/18/2007) |
| 05/18/2007 | 14 | ORDER by Judge Maxine M. Chesney granting [10] Motion for Pro Hac Vice of attorney Michael P. Turiello. (tl, COURT STAFF) (Filed on 5/18/2007) (Entered: 05/18/2007) |
| 06/06/2007 | 15 | Certificate of Interested Entities *[Civil Local Rule 3-16]* (Boone, Mordecai) (Filed on 6/6/2007) (Entered: 06/06/2007) |
| 06/21/2007 | 16 | NOTICE by Menu Foods South Dakota Inc, Menu Foods, Inc, Menu Foods Income Fund, Menu Foods Midwest Corporation *of Pendency of Other Actions and Proceedings and Notice of Transfer Order* (Lubinski, Carrie) (Filed on 6/21/2007) (Entered: 06/21/2007) |
| 06/29/2007 | 17 | NOTICE by Menu Foods South Dakota Inc, Menu Foods, Inc, Menu Foods Income Fund, Menu Foods Midwest Corporation *of Multidistrict Consolidation Pursuant to 28 U.S.C. S 1407 and Request to Maintain Stay* (Lubinski, Carrie) (Filed on 6/29/2007) (Entered: 06/29/2007) |
| | | |

| 07/25/2007 | 18 | ORDER TRANSFERRING CASE to the United States District Court Newark, New Jersey. IN RE PET FOOD PRODUCTS LIABILITY LITIGATION. DOCKET NO. 1850. Signed by Jeffery N. Luthi, Clerk of the Panel on 7/25/07. (aaa, Court Staff) (Filed on 7/25/2007) (Entered: 07/26/2007) |
| 07/25/2007 | | Sent by CERTIFIED MAIL a certified copy of 18 Transfer Order and a certified copy of the civil docket along with the entire original contents of the civil case file to the United States District Court of Newark, New Jersey. (aaa, Court Staff) (Filed on 7/25/2007) (Entered: 07/26/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/01/2007 09:00:06 | | | |
| PACER Login: | us4214 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:07-cv-01809-MMC |
| Billable Pages: | 3 | Cost: | 0.24 |